No. 49413.—Protests 929306–G, etc., of S. M. Hexter & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.